THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leonard Neal Armstrong,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-429
Submitted April 18, 2003  Filed 
 June 24, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. 
 Knox, Legal Counsel Tommy Evans and Legal Counsel J. Benjamin Aplin, all of 
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Leonard Neal Armstrong appeals 
 from an order of the trial court revoking his probation.  The court found a 
 willful violation of probation and revoked his probation.  Armstrongs appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Armstrong 
 did not file a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.